# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0225.  RICO L. BALLARD v. THE STATE.**

Rico Ballard was convicted of murder and sentenced to life imprisonment in 1996.  On December 10, 2015, the trial court denied Ballard's motion for re-sentencing.  Ballard filed an application for discretionary appeal, challenging the trial court's order.  We lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases.  See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013).  For these reasons, Ballard's case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   01/28/2016
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*